BERNDT *v*. WARDEN OF MARYLAND PENITENTIARY

[App. No. 22, September Term, 1965.]

*Decided October 15, 1965.*

Before Prescott, C. J., and Horney, Marbury, Oppenheimer and Barnes, JJ.

Per Curiam.

For the reasons set forth in the opinion of Judge Jenifer in the lower court, the application for leave to appeal is denied.

*Application denied.*